UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL D. MCGHEE,
    Petitioner,

vs.                                               Case No.: 3:24cv134/LAC/ZCB

LINDA LYKINS,
    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 5, 2024. (Doc. 26). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections filed by Petitioner (Doc. 30).

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this order.

2. Petitioner's "Motion for Bail by Release on Own Recognizance Pending Decision" (Doc. 24) is **DENIED**.

**ORDERED** on this 10th day of December, 2024.

*s/L.A. Collier*
Lacey A. Collier
Senior United States District Judge
