UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL D. MCGHEE,
    Petitioner,

vs.                                         Case No.:  3:24cv134/LAC/ZCB

RICKY DIXON,
    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 20, 2025.  (Doc. 45).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 45) is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (Doc. 35) is **GRANTED**.

3. The second amended habeas petition (Doc. 14) is **DISMISSED without prejudice** for lack of exhaustion.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 17th day of April, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**